UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC RITTER,

    Plaintiff,

-vs-                                    Case No.:8:15-cv-00965-SDM-AEP

WELLS FARGO BANK, N.A., a foreign
Corporation,

    Defendant.
_____/

## AFFIDAVIT OF ERIC RITTER

Before me, the undersigned notary public in and for the State of Florida, appeared Eric Ritter, and after being duly sworn, deposes and states:

1. My name is Eric Ritter. I am over the age of 18, and I am a resident of the State of Florida. The statements made herein are true and are based on personal knowledge.

2. I am the Plaintiff in this action. In that role, I have personal knowledge of the facts set forth in the Complaint (Dkt. 1) in this action, and the facts as stated in this Affidavit.

3. At all times material hereto, I was the subscriber to the cellular telephone number at issue, (917) 855-4234. At all times material hereto, the cellular service provider for the aforementioned cellular telephone number was AT&T.

4. On or about August 23, 2006, I executed and delivered a promissory note to World Savings Bank FSB in the amount of $157,600 and a mortgage securing payment of the Note by a property with a street address of 6423 River Lodge Lane, Weeki Wachee, FL 34607 (hereafter the "River Lodge Mortgage").

5. At the time I executed the River Lodge Note and Mortgage, I intended to reside in the River Lodge Property, and did at all material times reside in the River Lodge property an average of approximately 3 to 4 days per week.

6. On or about November 3, 2006, I executed and delivered a promissory note to World Savings Bank FSB in the amount of $191,200 and a mortgage securing payment of the Note by a property with a street address of 111 Waterwood Drive, Yalaha, FL 34797 (hereafter the "Waterwood Mortgage").

7. At the time I executed the Waterwood Note and Mortgage, I intended to reside in the Waterwood Property, and did at all material times reside in the Waterwood property an average of approximately 3 to 4 days per week.

8. At all material times, WELLS FARGO BANK, N.A. (hereafter "WELLS FARGO") was the servicer of the River Lodge Mortgage and the Waterwood Mortgage.

9. In or about August of 2012, WELLS FARGO began calling me on my aforementioned cellular telephone number in an effort to collect the above described mortgage loan debts (hereafter the Subject Debts). Upon receiving the calls from WELLS FARGO, I answered the calls in an attempt to be removed from the call list, and demanded that WELLS FARGO cease placing calls to my cellular telephone number.

10. On or about January 17, 2013, WELLS FARGO, as the purported servicer of the Waterwood Mortgage, filed a Verified Complaint for Foreclosure in in Lake County, Florida, Case No.: 2013-CA-188, thereby initiating foreclosure proceedings against me arising out of the Mortgage on the Waterwood Property.

11. On or about January 22, 2013, WELLS FARGO, as the purported servicer of the River Lodge Mortgage, filed a Verified Complaint for Foreclosure in Hernando County, Florida,

Case No.: 2013-CA-182, thereby initiating foreclosure proceedings against me arising out of the Mortgage on the River Lodge Property.

12. In or about January of 2013, I retained the Stopa Law Firm as my attorneys with respect to the two aforementioned foreclosure actions, at which point the Stopa Law Firm appeared on my behalf as counsel of record with respect to both of the aforementioned foreclosure actions.

13. Subsequent to the appearance by the Stopa Law Firm in the aforementioned foreclosure actions, I continued to receive calls on my aforementioned cellular telephone number from WELLS FARGO in an effort to collect the Subject Debt.

14. Upon receipt of the calls from WELLS FARGO on my aforementioned cellular telephone number, I instructed the representative to direct all communications to my attorneys, the Stopa Law Firm, and requested that WELLS FARGO not place any further calls to me.

15. After requesting that WELLS FARGO discontinue calling me, as described above, from August of 2012 through December of 2014, I received an average of approximately four (4) calls per day from WELLS FARGO on my aforementioned cellular telephone number in an effort to collect the Subject Debts.

16. After requesting that WELLS FARGO discontinue calling me, between August of 2012 and December of 2014, I received approximately three-thousand four-hundred (3,400) calls from WELLS FARGO on my aforementioned cellular telephone number in an effort to collect the Subject Debts.

Further Affiant Sayeth Naught.

_____
ERIC RITTER

STATE OF FLORIDA )
COUNTY OF Hernando )
)

The foregoing instrument was acknowledged before me on this the __21__ day of __May__, 2014 by Eric Ritter, who is personally known to me or who produced _____ as identification and who did take an oath.

_____
NOTARY PUBLIC

HEATHER CARPENTER
Notary Public - State of Florida
My Comm. Expires Apr 21, 2017
Commission # FF 010153
Bonded Through National Notary Assn.

Commission No. FF 010153

My Commission Expires April 21, 2017

_Heather Carpenter_
NAME: (PRINTED)