UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC RITTER,

    Plaintiff,

v.                                        CASE NO. 8:15-cv-965-T-23AEP

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

## ORDER

On May 18, 2015, Eric Ritter moved (Doc. 8) for a clerk's default against Wells Fargo Bank, N.A., and on May 19, 2015, the clerk entered (Doc. 9) a default. Wells Fargo moves (Doc. 16) to vacate the default and argues that Wells Fargo "mistakenly determined that the [service of process] was merely an additional filling in [a foreclosure action against Ritter] and not a document relating to an entirely new proceeding." (Doc. 17-1 at 5) Also, Wells Fargo identifies meritorious defenses to Ritter's claims. Rule 55(c), Federal Rules of Civil Procedure, allows a court to "set aside an entry of default for good cause." Accordingly, Wells Fargo's motion (Doc. 16) to vacate the clerk's default is **GRANTED**, and the clerk's default (Doc. 9) is **VACATED**. No later than **JULY 22, 2015**, Wells Fargo must respond to the complaint.

ORDERED in Tampa, Florida, on July 16, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE