UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC RITTER,

Case No. 8:15-cv-00965-SDM-AEP

Plaintiff,

v.

WELLS FARGO BANK, N.A., a
foreign corporation,

Defendant.

_____/

**<u>DEFENDANT'S NOTICE OF SETTLEMENT</u>**

Defendant Wells Fargo Bank, N.A., hereby gives notice, pursuant to Middle

District of Florida Local Rule 3.08, that the above captioned case has settled.

 _/s/ Roxanne Fixsen_____
AMY L. DRUSHAL, Florida Bar No. 0546895
adrushal@trenam.com / lbehr@trenam.com
ROXANNE FIXSEN, Florida Bar No. 0035733
rfixsen@trenam.com / ohoeppner@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
 FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, FL  33602
Phone: 813-227-7463 / Fax: 813-229-6553
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of February, 2016, a true and correct copy of the foregoing was furnished via email to:

David P. Mitchell, Esquire
David@MitchellConsumerLaw.com
v.marrero@maneygordon.com
Maney & Gordon, P.A.
101 E. Kennedy Blvd., Suite 3170
Tampa, FL, 33602
*Counsel for Plaintiff*

John A. Anthony, Esquire
janthony@anthonyandpartners.com
Anthony & Partners LLC
201 N. Franklin Street, Suite 2800
Tampa, FL   33602-5816
*Counsel for Plaintiff*

   /s/ Roxanne Fixsen             
Attorney